**IT IS ORDERED as set forth below:**

**Date: September 7, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>RONNIE LAMAR THOMAS AKA RONNIE L THOMAS AKA RONNIE THOMAS and SONJA HELENA THOMAS AKA SONJA THOMAS AKA SONJA H THOMAS AKA SONJA HELENA LANGFORD AKA SONJA LANGFORD THOMAS,<br>Debtors. | CASE NO. 18-61015-jwc<br><br>CHAPTER: 13<br><br>JUDGE: HONORABLE JEFFERY W. CAVENDER |
| PNC BANK, NATIONAL ASSOCIATION,<br>Movant,<br>v.<br><br>RONNIE LAMAR THOMAS AKA RONNIE L THOMAS AKA RONNIE THOMAS and SONJA HELENA THOMAS AKA SONJA THOMAS AKA SONJA H THOMAS AKA SONJA HELENA LANGFORD AKA SONJA LANGFORD THOMAS, Debtors<br>NANCY J. WHALEY, Trustee,<br>Respondent(s). | CONTESTED MATTER |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY (#39)

The above styled Motion having been scheduled for a hearing before the Court on

**August 22, 2023**, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 748 Emily Place, Atlanta, Georgia 30318 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through **August 1, 2023**, totals $2,020.28, including one (1) payment of $982.28, $188.00 for a filing fee and $850.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Movant acknowledges suspense funds in the amount of $835.05.  Beginning **September 1, 2023**, Debtor shall resume timely remittance of the regular monthly mortgage payments.  Beginning **September 15, 2023** and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $197.54 per month, for **five (5)** months, and an additional $197.53 for **one (1)** month, or until the arrearage is cured.  Payments should be sent to:

PNC Bank, N.A.
Attention: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg, Ohio 45342

or to such address as may be designated. It is

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents **while this Chapter 13 proceeding is pending**, then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for

Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bjordan@aldridgepite.com


/s/ *Jessica Douglas*                                    with express permission
Jessica Douglas, Bar No.: 340570
Attorney for Debtor(s)
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
Phone: 404-522-2222
Email: ecfnotices@cw13.com

NO OPPOSITION:

/s/ *Julie M. Anania* with express permission
Julie M. Anania, Bar No.: 477064
Attorney for Trustee
303 Peachtree Center Avenue
Suite 120, Truist Plaza Garden Offices
Atlanta, GA 30303
Phone:  (678) 992-1201
Email: ecf@njwtrustee.com

DISTRIBUTION LIST

Ronnie Lamar Thomas
748 Emily Place NW
Atlanta, GA 30318

Sonja Helena Thomas
748 Emily Place NW
Atlanta, GA 30318

E. L. Clark
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Nancy J. Whaley
303 Peachtree Center Avenue
Suite 120, Truist Plaza Garden Offices
Atlanta, GA 30303

Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305